Hugh Gant, *Plaintiff in Error*; v. State of Florida, *Defendant in Error*.

### Division B.

### Opinion Filed July 27, 1926.

1. The record of the evidence has been examined and is found to be entirely insufficient to sustain the verdict and judgment.   Neither does the record disclose the arraignment or plea of the defendant below.

A writ of error to the Circuit Court for Marion County; W. S. Bullock, Judge.

Reversed.

*R. B. Sturkie,* for Plaintiff in Error;

*J. B. Johnson,* Attorney General, and *Roy Campbell,* Assistant, for Defendant in Error.

PER CURIAM.—The plaintiff in error was convicted of the offense of Breaking and Entering with intent to commit a Felony.

The record of the evidence has been examined and is found to be entirely insufficient to sustain the verdict and judgment. Neither does the record disclose the arraignment or plea of the defendant below.

The judgment is reversed.

Reversed.

WHITFIELD, P. J., AND TERRELL AND BUFORD, J. J., concur.

BROWN, C. J., AND ELLIS AND STRUM, J. J., concur in the opinion.